

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tiffany Cahill | Civil Action No. 16cv2633-BAS(NLS) |
| Plaintiff, | |
| V. | |
| Cox Communications, Inc. | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the Court construes Plaintiff's request that this Court remand Plaintiff's Action to the San Diego County Superior Court as seeking a dismissal without prejudice for lack of subject matter jurisdiction. Because subject matter jurisdiction is lacking, Court DISMISSES WITHOUT PREJUDICE this action. Case is closed.

Date: 2/16/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Haslam

J. Haslam, Deputy